■ ALEX OTHMAN, Respondent, v TERRENCE LAND et al., Defendants, and GLORIA E. BONILLA, Appellant. [817 NYS2d 899]— Appeal from order, Supreme Court, New York County (Milton A. Tingling, J.), entered January 20, 2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Tom, J.P., Marlow, Gonzalez, Catterson and Malone, JJ.